JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KATHERYN TURNER, | ) | Case No. EDCV 14-1015 RNB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **J U D G M E N T** |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social

Security is affirmed and this action is dismissed with prejudice.

DATED:  March 17, 2015

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE